DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL WILKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2569

[November 19, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 11-740CF10A.

Michael Wilkes, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), review granted, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024); *Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., GERBER and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***